UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 09cr3483-JM |
| Plaintiff, ) | |
| v. ) | **ORDER CONTINUING** |
| ) | **MOTION HEARING/TRIAL SETTING** |
| ALDO LOPEZ-CHAVEZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the motion hearing/trial setting currently scheduled for February 26, 2010, be rescheduled to **Friday, March 12, 2010, at 11:00 a.m.**

**IT IS SO ORDERED.**

DATED: February 25, 2010

Hon. Jeffrey T. Miller
United States District Judge