


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09cr3483JM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO DISMISS INDICTMENT |
| ALDO IRAN LOPEZ-CHAVEZ, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed in the interests of justice and without prejudice. Defendant shall be released from custody in this case. Any future scheduled hearing date shall be vacated.

DATED: 8-20-2010

HONORABLE VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE